*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 15-BG-565**

IN RE:  CHARLES A. PRICE,
                                        Respondent.
**Bar Registration No.  970848**                    **BDN: 320-14**

BEFORE:  Fisher, Associate Judge, and Newman and Farrell, Senior Judges.

**ORDER**
(FILED - August 27, 2015)

On consideration of the certified order suspending respondent's license to practice law in the state of Virginia for a period of three years, this court's June 17, 2015, order suspending respondent pending further action of the court and directing him to show cause why he should not be suspended for three years, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's order to show cause or the affidavit required by D.C. Bar R. XI,  §14 (g), it is

ORDERED that Charles A. Price is hereby suspended from the practice of law in the District of Columbia for a period of three years with reinstatement subject to compliance with the conditions imposed by the state of Virginia. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).   It is

FURTHER ORDERED that for purposes of reinstatement the period that must pass before one is eligible to file for reinstatement will not begin to run until such time as he files a D.C. Bar. R. XI, § 14 (g) affidavit.

PER CURIAM